# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

July 14, 2021

By ECF

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *United States v Rodolfo Garcia* Cr 19-410

Dear Judge Block:

I write to jointly request that the status conference in this matter be adjourned from September 16, 2021, until the week of September 27, 2021 at a date and time convenient to the Court.  This is the first request for an adjournment of this status conference.

The parties have conferred concerning the date set for this status conference and have both travel and trial schedule conflicts with dates in September.  Accordingly, we jointly request and adjournment.  The defendant Rodolfo Garcia consents to the exclusion of time under the Speedy Trial Act to accommodate this request.

Respectfully submitted,

*/s/ Susan J. Walsh*
Susan J. Walsh
Attorney for Garcia

cc:  Genny Ngai, AUSA
        Jonathan Seigel, AUSA

715276 v1